(May 15, 1975)

■ PATRICK J. ROHAN, Appellant, v PARKCHESTER APTS. CO. et al., Respondents.—Order, Supreme Court, New York County, entered on July 9, 1974, unanimously affirmed on opinion of Frank, J., at Special Term, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Lupiano, Tilzer, Lane and Nunez, JJ.